# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2025

**BY ECF & Email**

The Honorable Katharine H. Parker
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
09/24/2024

Re: **United States v. Bonilla**
    **24 Mag 3270 (UA)**

Dear Judge Parker,

I write with the consent of Pretrial Services to respectfully request Mr. Bonilla be permitted to attend a family member's funeral tomorrow in the District of New Jersey from 3 PM to 10 PM, including time for travel in both directions. The Government defers to Pretrial. Mr. Bonilla is currently on home detention. He will furnish information about the funeral to his Pretrial Officer. Thank you for your consideration.

Respectfully submitted,

/s/ [signature]

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA James Mandilk, Esq.