# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2024

**BY ECF**

The Honorable Richard M. Berman
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: **United States v. Bonilla**
    **24 Cr 590 (RMB)**

Dear Judge Berman:

The defense writes with the consent of Pretrial Services to respectfully request the Court amend Mr. Bonilla's bail conditions to allow him to leave on Saturdays and Sundays from 2 PM to 8 PM (including travel time from the Bronx to Brooklyn) to visit his ill brother at the Rutland Nursing Home in Brooklyn. The Government defers to Pretrial. Thank you for the Court's consideration.

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA James Madilk, Esq.

> The Court is not amending the current bail conditions at this time. Application denied without prejudice.
>
> SO ORDERED:
> Date: 10/15/24   *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/24