# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

*Jennifer L. Brown*
*Attorney-in-Charge*

November 7, 2024

The Honorable Richard M. Berman
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: United States v. Bonilla, 240 Cr 590 (RMB)**

Dear Judge Berman,

The defense writes to respectfully renew its request that Mr. Bonilla be permitted to visit his ill brother in a nursing home in Brooklyn. Mr. Bonilla was released on this case on September 12, 2024 with stringent conditions, including home detention, and he has been fully compliant with the terms of his release since that date. Pretrial Services consents to this modification and the Government defers to Pretrial.

Mr. Bonilla respectfully requests he be permitted to visit his brother on Saturdays and Sundays from 2 PM to 8 PM including travel time roundtrip from the Bronx to Brooklyn. Given the Court's prior decision, Mr. Bonilla in the alternative requests that he be permitted to make the visit once a week, if that is the Court's preference.

Application denied. Court requests considerably more details to support this request.

SO ORDERED:
Date: 11/08/2024
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

Respectfully Submitted,

Ian Marcus Amelkin
Federal Defenders of New York
ian_marcus_amelkin@fd.org
212-417-8700