**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                         Government,         :          24 CR. 590 (RMB)
                                             :
            - against -                      :          **<u>ORDER</u>**
                                             :
                                             :
PEDRO BONILLA,                               :
                                             :
                         Defendant.          :
-------------------------------------------------------------x

       The status conference scheduled for Tuesday, January 7, 2025 at 9:30 A.M. will take place in Courtroom 17B.


Dated: December 18, 2024
      New York, NY


_____
      RICHARD M. BERMAN
      U.S.D.J.