**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :      24 CR. 590 (RMB)
                                         :
   - against -                          :      **ORDER**
                                         :
                                         :
PEDRO BONILLA,                           :
                                         :
                Defendant.     :
-------------------------------------------------------------x

      The status conference scheduled for Wednesday, February 26, 2025 at 9:00 A.M. will take place in Courtroom 17B.


Dated: February 19, 2025
       New York, NY

                                                 _____
                                                 RICHARD M. BERMAN
                                                      U.S.D.J.