Case 1:24-cr-00590-RMB    Document 32    Filed 03/14/25    Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 14, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/25

**BY ECF**

The Honorable Richard M. Berman
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Bonilla**
      **24 Cr 590 (RMB)**

Dear Judge Berman:

I write with the consent of Pretrial Services and the Government to respectfully request that Pretrial Services be permitted to remove Mr. Bonilla's GPS bracelet on days it is required for his surgery preparation (e.g., MRIs) and for the surgery itself. Mr. Bonilla and Pretrial will work in unison to ensure that the bracelet is removed only when necessary and promptly re-applied. Thank you for the Court's consideration.

Respectfully submitted,

/s/ Ian Marcus Amelkin
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA James Madilk, Esq.

Application granted.

SO ORDERED:
Date: 3/18/25
Richard M. Berman, U.S.D.J.