**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,               :

                         Government,               :        24 CR.590 (RMB)

       - against -                     :        **ORDER**

PEDRO BONILLA,                      :

                         Defendant.               :
---------------------------------------------------------------x

       The plea hearing scheduled for Wednesday, June 4, 2025 at 2:45 P.M. will take place in Courtroom 17B.


Dated: May 28, 2025
       New York, NY


                                               _____
                                               RICHARD M. BERMAN
                                                      U.S.D.J.