UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                               **ORDER**

         -against-                                     24 Cr 590 (RMB)

PEDRO BONILLA,

                 Defendant.
------------------------------------------------------------X

    WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 4, 2025;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

    IT IS HEREBY ORDERED that PEDRO BONILLA's guilty plea is accepted.

Dated: New York, New York
         July 8, 2025

                                                  /s/ RMB
                                        **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/25