**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Government, | :    24 CR. 590 (RMB) |
| - against - | :    **ORDER** |
| PEDRO BONILLA, | : |
| Defendant. | : |

-------------------------------------------------------------x

The status conference is scheduled for Tuesday, August 19, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 547 220 35#

Dated: August 13, 2025
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**