# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2025

**BY ECF**

The Honorable Richard M. Berman
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 9/10/25

    Re: **United States v. Bonilla**
         **24 Cr 590 (RMB)**

Dear Judge Berman:

    With the consent of both Pretrial Services and the government, the defense respectfully requests the Court remove the condition of home detention and replace it with a curfew, with hours to be determined and enforced by Pretrial Services. Mr. Bonilla has been fully compliant with the location-related terms of his release in the year he has been on home detention, and—with only limited exceptions—has been compliant with the terms of his release overall. As such, all parties agree that home detention is no longer necessary to ensure the safety of the community or Mr. Bonilla's return to Court.

    Additionally, replacing home detention with a curfew would allow Mr. Bonilla to resume work. In an interview with Probation, Mr. Bonilla's former boss at SaniSystems, a commercial cleaning company, described Mr. Bonilla as a "great worker" who is "guaranteed a job when he is ready." PSR ¶ 70. Mr. Bonilla has also performed building maintenance work in the past. Because the work available to Mr. Bonilla typically requires travel to multiple locations each day, however—and in part because of the injuries Mr. Bonilla sustained and the surgery he thereafter required—Mr. Bonilla has not resumed work since he was arrested. Now that Mr. Bonilla feels physically well enough to work, replacing home detention with curfew would allow Mr. Bonilla to better support his family—and assist him in becoming a productive member of society. The defense therefore respectfully requests, on consent, that this Court modify the terms of Mr. Bonilla's release.

Respectfully submitted,

/s/ *Siobhan Atkins*
Siobhan C. Atkins

                                                Assistant Federal Defender
Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8793

cc:    AUSA James Mandilk, Esq.

> Application respectfully denied.
>
> SO ORDERED:
> Date: 9/10/25          *Richard M. Berman*
>                                 Richard M. Berman, U.S.D.J.