**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,      :      24 CR. 590 (RMB)
                                             :
     - against -                           :      **ORDER**
                                             :
                                             :
PEDRO BONILLA,                               :
                                             :
                Defendant.       :
---------------------------------------------------------------x

       The sentencing scheduled for Wednesday, October 15, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 8, 2025
       New York, NY

                                          _____
                                             RICHARD M. BERMAN
                                                 U.S.D.J.